**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.01-40145 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| ROBBY H. ROSS, | |
| Defendant. | |
| _____/ | |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

Defendant Robby H. Ross' admission of the violations is accepted by the Court as to charges Two (2) and Three (3) of the Petition for Arrest Warrant for Offender Under supervision filed on March 10, 2010 charging Defendant Robby H. Ross with Failure to Obey all  Laws.  Sentencing is set for Wednesday, July 14, 2010. The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: July 14, 2010

CLAUDIA WILKEN
United States District Judge

cc:  Sue; MJ Beeler